UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEVEN TEABEAU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:20-CV-0008 SEP |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This case is before the Court on Defendant Andrew Saul's ("the Commissioner's") Motion to Reverse and Remand the case to the Commissioner for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Doc. [12]. Plaintiff has not responded to the motion, and the time to do so has passed.

On January 3, 2020, Plaintiff filed a Complaint seeking review of the Commissioner's decision that Plaintiff was not under a disability within the meaning of the Social Security Act. Doc. [1]. The Commissioner filed the answer and the transcript of the administrative proceedings on March 9, 2020. Docs. [7, 8]. Plaintiff filed a brief in support of the complaint on May 11, 2020. Doc. [11].

On June 4, 2020, the Commissioner filed the instant Motion to Reverse and Remand the case for further action under sentence four of section 205(g) of the Social Security Act, which permits the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The Commissioner represents in his motion that upon review of the record, agency counsel determined that remand was necessary for further

- 2 -

evaluation of Plaintiff's claim. The Commissioner states that there is an apparent conflict between the vocational expert's testimony and the Dictionary of Occupational Titles ("DOT"). The Commissioner further states that on remand, the Commissioner will obtain additional vocational expert testimony and will resolve any apparent conflicts between the vocational expert and the DOT. The Commissioner additionally avers that the ALJ will offer Plaintiff the opportunity for a new hearing and will take all action necessary to complete the administrative record.

Upon review of Plaintiff's brief, the ALJ's decision, and the Commissioner's motion, the Court agrees that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that the Commissioner's Motion to Reverse and Remand (Doc. [12]) is **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that decision of the Commissioner of Social Security is **REVERSED** and that this case is **REMANDED** under Sentence Four of 42 U.S.C. § 405(g) for reconsideration and further proceedings consistent with this opinion.

Dated this 30th day of June, 2020.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE